IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF UTAH, CENTRAL DIVISION

AMADOR SANTONIO,

       Plaintiff,

v.    No. CIV 06-1051 JC/RHS

JAMES R. TAYLOR, et al.,

       Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND DENYING PLAINTIFF'S MOTION TO AMEND

THIS MATTER comes before the Court on Plaintiff's "Motion to Amend Complaint" (" Motion to Amend"), filed July 18, 2007 **[Doc. No. 58]** and the proposed findings and recommendation of the United States Magistrate Judge ("Recommendation"), filed August 17, 2007 **[Doc. No. 79]**. No objections have been filed to the Magistrate Judge's Recommendation. Having considered the same, the Court finds that the proposed findings of the Magistrate Judge will be adopted and Plaintiff's Motion to Amend will be denied.

WHEREFORE,

IT IS HEREBY ORDERED that the proposed findings of the United States Magistrate Judge **[Doc. No. 79]** are adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's "Motion to Amend Complaint" **[Doc. No. 58]** is **denied**.

                                s/John Edwards Conway

                                _____
                                SENIOR U.S. DISTRICT JUDGE
                                Sitting by Designation from the District

Of New Mexico